■ THE BOARD OF MANAGERS OF PARC VENDOME CONDOMINIUM, Appellant, v GEORGE CAMBOURAKIS et al., Respondents, and BRIGHT HORIZONS FAMILY SOLUTIONS LLC, Respondent. [951 NYS2d 872]—

The court properly denied the petition seeking discovery from respondent Bright Horizons, a nonparty in the underlying arbitration proceeding, because the parties to the arbitration did not stipulate to conduct discovery of Bright Horizons (see CPLR 3102 [b], [c]; cf. Matter of ACE Am. Ins. Co., 6 Misc 3d 1005[A], 2004 NY Slip Op 51732[U] [Sup Ct, NY County 2004]; Textron, Inc. v Unisys Corp., 138 Misc 2d 124, 126 [Sup Ct, NY County 1987]).

We have considered the Board's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Sweeny, Acosta, Renwick and Manzanet-Daniels, JJ.

■ CAROL A. SIGMOND, Respondent, v BOARD OF MANAGERS OF PARC VENDOME CONDOMINIUM, Appellant. [951 NYS2d 873]—

The court properly quashed the subpoenas served by respondent on nonparty Bright Horizons because the parties did not stipulate to conduct discovery of Bright Horizons (see CPLR 3102 [b], [c]; compare Textron, Inc. v Unisys Corp., 138 Misc 2d 124, 126 [Sup Ct, NY County 1987]; Matter of ACE Am. Ins. Co., 6 Misc 3d 1005[A], 2004 NY Slip Op 51732[U] [Sup Ct, NY County 2004]).

We have considered respondent's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Sweeny, Acosta, Renwick and Manzanet-Daniels, JJ.